UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF FLORIDA
FORT LAUDERDALE DIVISION
www.flsb.uscourts.gov

In re:

                                      Chapter 7

FRIENDSHIP AIRWAYS, INC.          Case No. 11-14250-JKO
FRIENDSHIP AIRWAYS LEASING, INC.   Case No. 11-14257-RBR

    Involuntary Debtor.                    **Joint Administration request pending**

_____/

**EXPEDITED AMENDED[1] MOTION OF THE ALLEGED DEBTOR FOR AN
ORDER REQUIRING THE PETITIONING CREDITORS TO FILE
A BOND PURSUANT TO 11 U.S.C. § 303(e)**

**REQUEST FOR EXPEDITED HEARING**

**Given the nature of the relief requested, the significant losses that the Alleged Debtors might incur as a result of the filing of the involuntary petition against it, and the need for indemnification, the Alleged Debtor requests the Court schedule a hearing on this matter on or about Thursday, March 10, 2011.**

Friendship Airways Leasing, Inc., and Friendship Airways, Inc., the alleged debtors (together, "**Friendship**" or the "**Alleged Debtors**") in the above-captioned involuntary chapter 7 case, file this motion (the "**Motion**") for an order requiring all Petitioning Creditors (defined below) to file a bond pursuant to section 303(e) of title 11 of the United States Code, 11 U.S.C. §§ 101, et seq., (the "**Bankruptcy Code**"), and in support of its Motion, the Alleged Debtors respectfully represents as follows:

---

[1]     The Motion was originally filed in the involuntary bankruptcy case of Friendship Airways Leasing, Inc., Case No. 11-14257-RBR. However, given that the relief requested is required in both cases, and a motion for joint administration is pending, the Alleged Debtors now file the Motion in both cases. The substance of the relief requested has not changed from the original Motion.

**PRELIMINARY STATEMENT**

1.	The Alleged Debtors requests the Court require the Petitioning Creditors to file a bond pursuant to section 303(e) of the Bankruptcy Code to indemnify it against amounts that could later be assessed under section 303(i) of the Bankruptcy Code.  The Alleged Debtors operate a working airline; this time of year is the height of the season.  The filing of the involuntary bankruptcy petition against the business at this juncture will likely disrupt operations and jeopardize business opportunities.  Accordingly, the Alleged Debtors request the Court require the Petitioning Creditors to file a bond pursuant to section 303(e) of the Bankruptcy Code "for cause" as set forth herein.

**BACKGROUND**

1.	The Alleged Debtors operate an air taxi service in South Florida.  The company is run by a husband and wife team, and has a handful of employees.  It was established in 2001 and has a clean safety record.

2.	On Friday, February 18, 2011 (the "**Petition Date**"), involuntary petitions under chapter 7 of title 11 of the Bankruptcy Code were filed against each of the Alleged Debtors by the following creditors:  K&H Ventures LLC, Karl W. Doane, Moulis Aviation Law Office, PA; Peterson Aircraft Services, Corp., and Mohammed Alishahi (the "**Petitioning Creditors**").

3.	The Alleged Debtors dispute the qualifications of the Petitioning Creditors to support the involuntary petition under section 303 of the Bankruptcy Code.

4.	The Petitioning Creditors filed an emergency motion with this Court for appointment of an interim trustee.  The Court appointed an interim trustee, but did not address the posting of a bond, as required by Bankruptcy Rule 2001(b).  In response, the Alleged Debtors requested the Court condition the continued retention of the interim trustee on the posting of such a bond.  After a hearing on the matter on March 2, 2011, the Court required the Petitioning

Creditors to post a bond pursuant to Bankruptcy Rule 2001(b) in the amount of $500,000.00 no later than March 3, 2011.

5. On March 3, 2011, the Petitioning Creditors filed a notice with the Bankruptcy Court notifying all parties of their intent not to post the 2001(b) Bond.

## JURISDICTION AND VENUE

6. This Court has jurisdiction over this Motion under 28 U.S.C. §§157 and 1334. Venue is proper under 28 U.S.C. §§ 1408 and 1409.

7. This is a core proceeding as defined in 28 U.S.C. §§157(b)(2)(A).

## BASIS FOR RELIEF

8. Pursuant to Bankruptcy Code section 303(e), a court may require the petitioners under section 303 to file a bond to indemnify the debtor for such amounts as the court may later allow under subsection (i) of section 303 upon a showing of cause, and after notice and a hearing. See 11 U.S.C. § 303(e).

9. Here, the Alleged Debtors are currently negotiating business opportunities that will greatly enhance the value of the estate. Given the stigma associated with the filing of an involuntary bankruptcy petition against the business, the operations may be disrupted and the business opportunities may be jeopardized. As a result, the Alleged Debtors may suffer losses as a direct result of the Petitioning Creditors' actions. In addition, the Alleged Debtors have retained bankruptcy counsel and will incur significant costs associated with defending against the involuntary petition. Moreover, as explained to the Court during the March 2nd hearing, the Alleged Debtors suspect that the Petitioning Creditors may not have filed the involuntary petition in good faith and must now conduct discovery and depositions in connection therewith at significant cost. For these reasons, the Alleged Debtors respectfully request this Court require

the Petitioning Creditors to file bond to indemnify the Alleged Debtors against the costs associated with the filing of the involuntary petition.

10. Notice of this Motion shall be provided to (i) the Petitioning Creditors' counsel, (ii) the Office of the United States Trustee for the Southern District of Florida, and (iii) those parties who have requested notice pursuant to Bankruptcy Rule 2002. Due to the nature of the relief requested herein, the Alleged Debtors respectfully submit that no further notice of this Motion is required.

WHEREFORE, the Alleged Debtors requests the Court grant the Motion and grant such other and further relief as the Court deems just and proper.

Dated: March 4, 2011

Respectfully submitted,

/s/ *Patricia A. Redmond*
Patricia A. Redmond
Florida Bar No. 303739
predmond@stearnsweaver.com
STEARNS WEAVER MILLER
 WEISSLER ALHADEFF & SITTERSON, P.A.
Museum Tower Building, Suite 2200
150 West Flagler Street
Miami, Florida 33130
Telephone:    (305) 789-3200
Facsimile:    (305) 789-3395

COUNSEL FOR THE ALLEGED DEBTORS

**CERTIFICATE OF SERVICE**

      I CERTIFY that on March 4, 2011, I electronically filed the foregoing document with the Clerk of the Court using CM/ECF.  I also certify that the foregoing document is being served this day (i) by transmission of Notices of Electronic Filing generated by CM/ECF to those parties registered to receive electronic notices of filing in this case, (ii) by U.S. Mail to other parties as indicated on the attached service list, and (iii) by overnight Federal Express to each of the Petitioning Creditors.

                                            /s/ *Patricia A. Redmond*
                                            Patricia A. Redmond

# Mailing Information for Case 11-14250-JKO

## Electronic Mail Notice List

The following is the list of **parties** who are currently on the list to receive e-mail notice/service for this case.

- Kevin C Gleason    kgpaecmf@aol.com for Petitioning Creditors
- Office of the US Trustee    USTPRegion21.MM.ECF@usdoj.gov
- Zana Michelle Scarlett    Zana.M.Scarlett@usdoj.gov
- Patrick S. Scott    patrick.scott@gray-robinson.com    for Interim Trustee

## Manual Notice List

The following is the list of **parties** who are **not** on the list to receive e-mail notice/service for this case (who therefore require manual noticing/service). You may wish to use your mouse to select and copy this list into your word processing program in order to create notices or labels for these recipients.

Gregory Bryl
For Alleged Debtor, Friendship Airways
1629 K St NW 300
Washington, DC 20006

Mohammad Alishahi
Petitioning Creditor
512 McKeithen #3
Tallahassee, FL   32304

Friendship Airways, Inc.
Aka Yellow Air Taxi
Alleged Debtor
4201 Ravenswood Rd.
Ft. Lauderdale, FL   33313

Sonya L. Salkin, Interim Trustee
1776 N Pine Island Road Ste 218
Plantation, FL 33322

Peterson Aircraft Service Corp.
Petitioning Creditor
c/o Michael Peterson
13520 SW 136 Terr.
Miami, FL   33186

Moulis Aviation Law Office, PA
Petitioning Creditor
c/o Michael Moulis
1100 Lee Wagner Blvd.
Ft. Lauderdale, FL  33315

## Mailing Information for Case 11-14257-RBR

**Electronic Mail Notice List**

The following is the list of **parties** who are currently on the list to receive e-mail notice/service for this case.

- Kevin C Gleason    kgpaecmf@aol.com
- Office of the US Trustee    USTPRegion21.MM.ECF@usdoj.gov

**Manual Notice List**

The following is the list of **parties** who are **not** on the list to receive e-mail notice/service for this case (who therefore require manual noticing/service). You may wish to use your mouse to select and copy this list into your word processing program in order to create notices or labels for these recipients.

>Friendship Airways Leasing, Inc
>4201 Ravenswood Road
>Fort Lauderdale, FL 33312
>
>K & H Ventures, LLC
>Petitioning Creditor
>Karl W. Doane - Managing Member
>13 Clark Rd
>Spencer, MA 01562-3119
>
>Karl W. Doane
>Petitioning Creditor
>13 Clark Road
>Spencer, MA 01562-3119

#761702