UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF FLORIDA
Ft. Lauderdale Division
www.flsb.uscourts.gov

In re:

FRIENDSHIP AIRWAYS INC                                      CASE NO.11-14250-JKO
_____Involuntary Debtor_____/                             Chapter 7

**MOTION TO BE RELIEVED AS COUNSEL FOR
PETERSON AIRCRAFT SERVICES, CORP.**

Kevin Gleason, P.A. moves to be relieved as counsel for Peterson Aircraft Service, Corp. due to irreconcilable differences.

**CERTIFICATE OF SERVICE**

On March 18, 2011, the following parties were served via the Notice of Electric Filing: all parties receiving notice through electronic filing; AUST; Patricia Redmond, Esq. Service by U.S. Mail to: Peterson Aircraft Service Corp, c/o Michael Peterson, 13520 SW 136th Ter., Miami FL 33186.

Respectfully submitted,

**KEVIN GLEASON, P.A.**
4121 N. 31st Ave.
Hollywood, FL 33021-2011
Attorney for Petitioning Creditors
954.893.7670/954.893.7675 Fax

s/Kevin C. Gleason
By: Kevin C Gleason
Florida Bar No. 369500
BankruptcyLawyer@aol.com
*Kevin C Gleason is a Certified Specialist in
Business Bankruptcy Law by the
American Board of Certification.
Accredited by The Florida Bar.*