

**ORDERED in the Southern District of Florida on March 21, 2011.**

John K. Olson, Judge
United States Bankruptcy Court

---

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF FLORIDA
Fort Lauderdale Division
www.flsb.uscourts.gov

In re:

**Friendship Airways, Inc.**, *et al.*,

Alleged Debtors.
_____/

Case No. 11-14250-JKO

Chapter 11 (*Jointly Administered*)

### Order to Show Cause

At the status conference conducted March 10, 2011, I directed the petitioning creditors in this case to post a bond in the amount of $25,000 pursuant to Fed. R. Bankr. P. 2001(b). Upon the suggestion of counsel for the petitioning creditors, I gave them until March 15, 2011 at 5:00 p.m. to post the bond. This March 10th bench ruling, which specified both the bond amount and the posting deadline, was memorialized by written order at ECF No. 63.

The clerk's office informs me that no bond has been posted. I will accordingly conduct a show-cause hearing on March 24, 2011 at 9:30 a.m. in Courtroom 301, 299 East Broward Blvd., Ft. Lauderdale, FL 33301 to determine whether petitioning creditors Peterson Aircraft Service Corp.

(c/o Michael Peterson), Moulis Aviation Law Office, PA (c/o Michael Moulis), Mohammad Alishahi, and Onno Bulk should be held in civil contempt. Michael Peterson, Michael Moulis, Mohammad Alishahi, and Onno Bulk are directed to appear at the show-cause hearing in-person. Failure to appear as directed will result in a finding of contempt and may result in the entry of an order directing the United States Marshals Service to apprehend any such contemnor.

SO ORDERED.

### #

*Kevin C. Gleason, Esq. is directed to serve copies of this order and file a certificate of service within seven days.*