UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF FLORIDA
FORT LAUDERDALE DIVISION

In re:                                                              Case No. 11-14250-JKO

FRIENDSHIP AIRWAYS, INC.,                          Chapter 7

        Debtor.
_____/

**TRUSTEE'S MOTION TO BE DISCHARGED AS TRUSTEE,
AND FOR ORDER DIRECTING PAYMENT OF FEES AND COSTS**

    Sonya L. Salkin, interim trustee, files this Motion to Be Discharged as Trustee, and for Order Directing Payment of Fees and Costs, and states:

    1.    The trustee was appointed on February 24, as an interim trustee pursuant to 11 U.S.C. §303(g) [DE 18].

    2.    On March 4, the court entered an order—confirming an oral ruling of March 2—that the petitioning creditors were required to post a $500,000 bond under Bankruptcy Rule 2001(b) by 5:00 p.m. on March 3, absent which the trustee's appointment would end [DE 37].

    3.    The petitioners' counsel filed a notice confirming that they had not posted the bond [DE 32].

<u>Discharge of Trustee Necessary</u>

    4.    No order discharging the trustee has been entered. The trustee did not open any bank accounts or handle any money, so no approval of her accounts is necessary. The trustee submits that it would be reasonable for the court to enter an order discharging her upon a finding that she has fulfilled her obligations in this case.

1

<u>Compensation of Trustee, Her Counsel, and Her Administrative Assistant</u>

5. During the period February 24 through March 3, the trustee retained Patrick Scott of GrayRobinson, P.A. as counsel [DE 33], and engaged in an immediate investigation of the debtor's operations, financial condition, cash controls, insurance status, licensing, certification, and airworthiness. Her counsel also engaged in a three-hour joint settlement conference with the party representatives and their respective counsel.

6. The trustee incurred $1,500 in time at her regular hourly rate; her counsel and his firm incurred $5,514.40 in time at their regular hourly rates (an itemization is attached as Exhibit A) and $15 in photocopying costs; auctioneer George Richards incurred $700 in time at his regular rate of $50/hour (an itemization is attached as Exhibit B) for onsite interviews and other investigation and reporting of the operations and status of five aircraft. In this case, no auction having been scheduled, Mr. Richards acted solely as an administrative assistant to the trustee and not as an auctioneer.

7. The trustee submits that these costs were actually and necessarily incurred and that both the fees and costs were reasonably in light of the need to take rapid action as interim trustee of an air taxi service with active international operations.

8. The trustee submits that the court should allocate the responsibility for paying these fees and costs to the involuntary petitioners unless an order for relief is granted, in which event it should be allocated to the bankruptcy estate.

9. The trustee submits it would be reasonable for the court to invoke Bankruptcy Rule 9006(c)(1) to shorten the 21 days notice ordinarily required by Bankruptcy Rule 2002(a)(6) of hearings on applications for compensation, to as little as 10 days so that this motion may be heard prior to any dismissal of the involuntary case.

WHEREFORE, the trustee seeks the entry of an order (a) discharging the trustee upon a determination that she has fulfilled her obligations in this case, (b) determining the reasonableness of compensation for the trustee, her counsel, and Mr. Richards and awarding such fees and costs as are reasonable, (c) directing that the fees and costs be paid by the petitioning creditors, jointly and severally, in the event of the dismissal of the involuntary petition, or by the bankruptcy estate in the event the petition is not dismissed, and (d) reserving jurisdiction over the enforcement of the order that will survive any dismissal of the case.

## CERTIFICATE OF SERVICE

WE HEREBY CERTIFY that a true copy of this motion was faxed and emailed to the debtor's counsel and electronically served on all parties registered to receive service via CM/ECF on this 22nd day of March, 2011.

> GRAYROBINSON, P.A.
> Counsel for Trustee
> 401 E. Las Olas Blvd., Ste. 1850,
> Fort Lauderdale, FL  33301
> Tel—(954) 761-8111 Fax—(954) 761-8112
>
> By: s/ Patrick S. Scott
>     Patrick S. Scott
>     Fla. Bar No. 290025

# 942492 v1
3/18/11

3

# Time by Activity Code

**Client / Matter**  826017    Salkin, Sonya L            29      Friendship Airways, Inc.

**Activity Code**

| Date | Name | Hours | Amount | Description |
|---|---|---|---|---|
| 2/24/2011 | Scott, Patrick S | 0.40 | 200.00 | Reviewed three emails from S. Salkin's office re new matter; drafted memo to K. Gleason |
| | **Total Activity Code** | **0.40** | **$200.00** | |

**Activity Code  001    Asset Analysis and Recovery**

| Date | Name | Hours | Amount | Description |
|---|---|---|---|---|
| 2/25/2011 | Lessne, Michael D | 2.10 | 451.50 | Conference with P. Scott re status of case and tasks (1.2); conference with P. Scott and S. Salkin re same (.2); prepared motion for authority to operate business (.5); prepared order granting same (.2) |
| 2/25/2011 | Scott, Patrick S | 0.10 | 50.00 | Legal research re liens on aircraft |
| 3/2/2011 | Scott, Patrick S | 0.20 | 100.00 | Reviewed memo from G. Richards re inconsistencies between witnesses |
| 3/2/2011 | Scott, Patrick S | 0.20 | 100.00 | Conference with M. Lessne re hearing today |
| | **Total Activity Code  001** | **2.60** | **$701.50** | |

**Activity Code  003    Business Operations**

| Date | Name | Hours | Amount | Description |
|---|---|---|---|---|
| 2/25/2011 | Scott, Patrick S | 0.20 | 100.00 | Conference with M. Lessne re operating order; Revised motion and order to operate business |
| | **Total Activity Code  003** | **0.20** | **$100.00** | |

**Activity Code  004    Case Administration**

| Date | Name | Hours | Amount | Description |
|---|---|---|---|---|
| 2/25/2011 | Scott, Patrick S | 1.10 | 550.00 | Reviewed case docket, petition, motion to appoint interim trustee, motion for joint administration; Reviewed Florida corporate information, UCC search, federal lien registration, judgment lien search, and fictitious name registry |
| 2/25/2011 | Scott, Patrick S | 0.10 | 50.00 | Reviewed petitioners' motion to fix bond and to specify trustee duties |
| 2/25/2011 | Scott, Patrick S | 0.30 | 150.00 | Telephone conference with Beth; Telephone conference with attorney Bryl |
| 2/25/2011 | Scott, Patrick S | 0.40 | 200.00 | Telephone conference with K. Gleason |
| 2/28/2011 | Scott, Patrick S | 0.50 | 250.00 | Drafted memo to S. Salkin re all open issues; Telephone conference with S. Salkin re same; drafted second memo |
| 2/28/2011 | Scott, Patrick S | 0.50 | 250.00 | Telephone conference with Beth Behnam re planes, debts, expenses, and witnesses; drafted memo to S. Salkin re same |



EXHIBIT A

Monday, March 21, 2011                                                                 Page 1 of 2

| Date | Name | Hours | Amount | Description |
|---|---|---|---|---|
| 3/1/2011 | Lessne, Michael D | 1.60 | 344.00 | Attended mediation with K. Gleason, P. Redmond and P. Scott (1); reviewed report from G. Richards (.2); reviewed correspondence from P. Scott in preparation of 3/2 bond hearing (.1); reviewed limited objection of alleged debtor (.3) |
| 3/1/2011 | Scott, Patrick S | 3.50 | 1,750.00 | Conference with P. Redmond, Chris and Beth Behnam; reviewed February 3 letter from E. Arrington to debtor; Conference with same, and K. Gleason and D. Samer; drafted lengthy report to S. Salkin |
| 3/1/2011 | Scott, Patrick S | 0.70 | 350.00 | Reviewed lengthy report from George Richards; reviewed debtor's limited objection to petitioners' motion re bond |
| 3/2/2011 | Lessne, Michael D | 2.10 | 451.50 | Conference with P. Scott re hearing on 2001(b) bond (.2); attended hearing on bond ($500K bond required) (1.8); conference with P. Scott re results of hearing (.1) |
| | **Total Activity Code  004** | **10.80** | **$4,345.50** | |

**Activity Code   007        Fee/Employment Applications**

| Date | Name | Hours | Amount | Description |
|---|---|---|---|---|
| 2/25/2011 | Scott, Patrick S | 0.20 | 100.00 | Prepared application, affidavit and order for employment of counsel |
| | **Total Activity Code  007** | **0.20** | **$100.00** | |

**Activity Code   A102        Research**

| Date | Name | Hours | Amount | Description |
|---|---|---|---|---|
| 2/25/2011 | Martinez, Gabriela M | 0.50 | 67.50 | Search at Sunbiz for UCC records, judgment lien, and federal lien registration (tax lien) on both debtors: Friendship Airways, Inc., and Friendship Airways Leasing, Inc. |
| | **Total Activity Code  A102** | **0.50** | **$67.50** | |
| | | **14.70** | **$5,514.50** | |

# TIME LOG

## George Richards
## National Auction Company

## Friendship Airways, LLC
## Case Number: 11-14250-JKO

### February 25, 2011

| | | | |
|---|---|---|---|
| 1. | Inspect (3) Cessna Airplanes with Debtor | 3 Hours @ $50.00 | $150.00 |
| a. | Fort Lauderdale International Airport | | |
| b. | Executive Airport | | |
| c. | North Side of Fort Lauderdale International Airport | | |
| 2. | Discussion with Debtors | 2 hours @$50.00. | $100.00 |
| a. | Location of Log Books | | |
| b. | Status of other airplanes | | |
| c. | Maintenance schedules | | |
| 3. | Locate aircraft on north side of airport on ramp | 1 hour @ $50.00 | $ 50.00 |
| a. | Determine actual condition and observes components missing | | |
| b. | Discussion with landlord, Ken Tobin | | |
| c. | Discussion with Broward County Aviation Department, Kevin Haas | | |

### February 26, 2011

| | | | |
|---|---|---|---|
| 1. | Check security of airplane on Bonanza Ramp | 2 hours @ $50.00 | $100.00 |
| a. | Airplane on Bonanza Ramp (FLL) on 2/25/11 had been moved. | | |
| b. | Search made to locate airplane and notify landlord not to move. | | |
| 2. | E-mail to landlord instructing him not to move airplane, copies of Bankruptcy Petition provided. | | |

### February 27, 2011

| | | | |
|---|---|---|---|
| 1. | Emergency call - to FLL Airport | 5 hours @ $50.00 | $250.00 |
| a. | Report made airplane was being parted out. | | |
| b. | Met with (2) Officers, Broward County Sheriffs Office | | |
| c. | Process of parting out airplane had begun but was able to prevent further action and/or loss. | | |
| 2. | Met with landlord to obtain additional information | | |
| 3. | Remained with airplane until moved to secure hangar | | |
| 4. | Prepared Memorandum to Trustee | | |

### February 28, 2011

| | | | |
|---|---|---|---|
| 1. | Check security of airplane (FLL) | 1 hour @ $50.00 | $ 50.00 |
| 2. | Wrote report for Trustee | | |

**Total:**                                                                  14 hours        $700.00



EXHIBIT B