ORDERED in the Southern District of Florida on Apr 4, 2011



John K. Olson, **Judge**
United States Bankruptcy Court

# UNITED STATES BANKRUPTCY COURT
## SOUTHERN DISTRICT OF FLORIDA
## FT. LAUDERDALE DIVISION
www.flsb.uscourts.gov

In re:

        Chapter 7 - Involuntary

FRIENDSHIP AIRWAYS, INC.         Case No. 11-14250-JKO
FRIENDSHIP AIRWAYS LEASING, INC.    Case No. 11-14257-JKO

    Alleged Debtors.            **Jointly Administered**

_____/

### ORDER HOLDING PETITIONING CREDITORS IN
### CASE NO. 11-14250 IN CONTEMPT OF COURT

This matter came before the Court for hearing on March 24, 2011 (the "**Hearing**") upon the Alleged Debtors' Motion to Dismiss Involuntary Petitions (the "**Motion**") [ECF No. 55] filed by Friendship Airways, Inc. ("**Friendship**") and Friendship Airways Leasing, Inc. ("**Leasing**" together, the "**Alleged Debtors**") in the above-captioned jointly-administered involuntary bankruptcy cases, and this Court's Order to Show Cause entered *sua sponte* on March 21, 2011 [ECF No. 78] ("Show Cause Order"), directing Peterson Aircraft Service Corp., Moulis Aviation

#809692

Law Office, PA, Mohhammad Alishahi and Onno Bulk (**"Petitioning Creditors"**) to appear in person and show cause why they should not be held in civil contempt.

Upon consideration of the Show Cause Order, good cause appearing, and based upon the Court's oral findings of fact, in particular, the Court found that the Petitioning Creditors were ordered to post a bond pursuant to this Court's order directing Petitioning Creditors to post a bond in the amount of $25,000 [ECF No. 63] (the "**Bond Order**"), that at least one of the Petitioning Creditors has the financial ability to do so, and nine days after the deadline, no bond has been posted, and the Court's conclusions of law, as stated at the Hearing, it is

ORDERED as follows:

1. Each of the Petitioning Creditors, Peterson Aircraft Service Corp., Moulis Aviation Law Office, PA, Mohhammad Alishahi and Onno Bulk, are found to be in contempt of this Court for their failure to comply with this Court's Bond Order.

2. The Court reserves jurisdiction over this matter and the parties to determine all remaining issues deemed appropriate, including without limitation,

    a. the amount of costs and fees to be awarded to the Trustee and her professionals;

    b. the amount of costs and fees to be awarded to the Debtor and its professionals; and

    c. the amount of costs, attorneys' fees, compensatory and punitive damages to be assessed against the Petitioning Creditors and any other third parties acting in concert with the Petitioning Creditors, and in favor of Friendship.

3. A further hearing on these remaining issues is set for **April 5, 2011, at 1:30 PM**, at the United States Bankruptcy Court, in Courtroom 301, 299 East Broward Boulevard, Fort Lauderdale, Florida 33301.

#809692

# # #

**Submitted by and Copy furnished to:**
Patricia A. Redmond, Esq.
predmond@stearnsweaver.com
STEARNS WEAVER MILLER
WEISSLER ALHADEFF & SITTERSON, P.A.
Museum Tower, Suite 2200
150 West Flagler Street
Miami, Florida 33130
Telephone:    (305) 789-3200
Fax:    (305) 789-3395

(Attorney Redmond shall serve a conformed copy of this Order upon all interested parties and file a Certificate of Service.)

#809692

3